November 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HELEN MAYFIELD, Appellant

NO. 14-12-00392-CV                         V.

JOHN CUOCO, STEVE FULLJART, KBTX NEWS, A CORPORATION, AND GRAY
COMMUNICATIONS, A CORPORATION, JOINTLY AND SEVERALLY, Appellees

————————————————————

        This cause, an appeal from an order overruling the contest to appellant's affidavit
of indigence signed April 16, 2012, was heard on the transcript of the record. The record
shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

        We further order this decision certified below for observance.